UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| ANDRE L. HARDIMAN,<br><br>                Petitioner,<br><br>    v.<br><br>CLARK DUCART (Warden),<br><br>                Respondent. | **No. LA CV 19-02731-VBF-JDE**<br><br>**ORDER**<br><br>Overruling the Petitioner's Objections and Adopting the Report & Recommendation:<br><br>Dismissing Habeas Petition as Untimely<br>Terminating the Action (JS-6) |

The Court has reviewed the California state prisoner's *pro se* habeas corpus petition, *see* CM/ECF System Document ("Doc") 1; the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc 7); petitioner's timely objection to the R&R (Doc 8); and the applicable law. The respondent warden did not file a response to the objection within the time permitted by the rules.

As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the R&R. The Court finds discussion of the objections to be unnecessary on this record. "The Magistrates Act 'merely requires the district judge to make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made.'" It does not require a written explanation of

the reasons for rejecting objections. *See MacKenzie v. Calif. AG*, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016) (citation omitted). "This is particularly true where, as here, the objections are plainly unavailing." *Smith v. Calif. Jud. Council*, 2016 WL 6069179, *2 (C.D. Cal. Oct. 17, 2016). Accordingly, the Court will accept the Magistrate Judge's factual findings and legal conclusions and implement his recommendation.

## ORDER

Petitioner's objection **[Doc # 8] is OVERRULED.**

The Report and Recommendation **[Doc # 7] is ADOPTED.**

The petition for a writ of habeas corpus **[Doc # 1] is DISMISSED <u>with</u> PREJUDICE as untimely**.

Final judgment consistent with this order will be entered separately as required by Fed. R. Civ. P. 58(a). *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).

The Court will rule on a certificate of appealability by separate order.

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6).**

IT IS SO ORDERED.

Dated: July 26, 2019

_____
Hon. Valerie Baker Fairbank
Senior United States District Judge