JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDRE L. HARDIMAN, <br> Petitioner, <br> v. <br> CLARK DUCART, Warden, <br> Respondent. | Case No. 2:19-cv-02731-VBF-JDE <br><br> FINAL JUDGMENT |

    Final judgment is hereby entered in favor of the respondent and against petitioner Andre L. Hardiman.

    IT IS SO ADJUDGED.

Dated: July 26, 2019

_____
VALERIE BAKER FAIRBANK
Senior United States District Judge